**Fill in this information to identify your case:**

Debtor 1: Benjamin C. Overbey
  First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 6:18-bk-03807

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt           4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 4116 N. Mira Blvd.<br>Line from *Schedule A/B*: 1.1 | $ 325,000.00 | ☑ $ 36,841.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.05, 222.02, 222.03 |
| Brief description: Household goods - Furniture, misc. household goods<br>Line from *Schedule A/B*: 6 | $ 450.00 | ☑ $ 450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Hawkins, 51 B.R. 348 (S.D. Fla. 1985) Fla. Const. Art.10, § 4 |
| Brief description: Electronics - TVs, DVD player, misc. electronics<br>Line from *Schedule A/B*: 7 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Hawkins, 51 B.R. 348 (S.D. Fla. 1985) Fla. Const. Art.10, § 4 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor  Benjamin C. Overbey
_First Name_   _Middle Name_   _Last Name_

Case number (*if known*) 6:18-bk-03807

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sports and hobby equipment - Golf clubs, fishing pole, misc. sports equipment<br>Line from Schedule A/B: 9 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Hawkins, 51 B.R. 348 (S.D. Fla. 1985) Fla. Const. Art.10, § 4 |
| Brief description: Clothing - Men's work clothes, shorts, jeans, misc. clothing<br>Line from Schedule A/B: 11 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Hawkins, 51 B.R. 348 (S.D. Fla. 1985) Fla. Const. Art.10, § 4 |
| Brief description: Cash (Cash On Hand)<br>Line from Schedule A/B: 16 | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Hawkins, 51 B.R. 348 (S.D. Fla. 1985) Fla. Const. Art.10, § 4 |
| Brief description: Regions Bank (Checking)<br>Line from Schedule A/B: 17.1 | $2,500.00 | ☑ $140.00<br>☐ 100% of fair market value, up to any applicable statutory limit | In re Hawkins, 51 B.R. 348 (S.D. Fla. 1985) Fla. Const. Art.10, § 4 |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1: Benjamin C. Overbey
  First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the Middle District of Florida

Case number: 6:18-bk-03807
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Benjamin C. Overbey            ✗ _____
Signature of Debtor 1                  Signature of Debtor 2

Date 07/17/2018                        Date _____
   MM / DD / YYYY                         MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

BENJAMIN C. OVERBEY,                                  Case No.: 6:18-bk-03807-CCJ
                                                      Chapter 7
    Debtor.
_____/

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 17th of July, 2018, a true and correct copy of the foregoing Amended Schedule C and Amended Declaration About An Individual Debtor's Schedules was been provided via U.S. Mail or via electronic means to all creditors and parties of interest as listed on the matrix attached hereto.

                                              /s/  Matthew R. Gross
                                              MATTHEW R. GROSS, J.D.
                                              Florida Bar No.:  49863
                                              Attorney for Debtor
                                              Matthew R. Gross, J.D., P.A.
                                              1101 Douglas Avenue
                                              Altamonte Springs, FL 32714
                                              Telephone: (407) 403-5936
                                              Facsimile:  (407) 842-7248
                                              mrg@first.law

```
Label Matrix for local noticing      Benjamin C. Overbey                 Bk Of Amer
113A-6                               4116 N. Mira Blvd.                  450 American St
Case 6:18-bk-03807-CCJ               Orlando, FL 32817-1534              Simi Valley, CA 93065-6285
Middle District of Florida
Orlando
Mon Jul 16 10:50:59 EDT 2018

Bk Of Amer                           Bk Of Amer                          (p)BMW FINANCIAL SERVICES
Po Box 1598                          Pob 17054                           CUSTOMER SERVICE CENTER
Norfolk, VA 23501-1598               Wilmington, DE 19884-0001           PO BOX 3608
                                                                         DUBLIN OH 43016-0306


Cap1/Bstby                           Cbna                                (p)CITIBANK
Po Box 5253                          133200 Smith Rd                     PO BOX 790034
Carol Stream, IL 60197-5253          Cleveland, OH 44130                 ST LOUIS MO 63179-0034


Cbna                                 Chase Card                          Florida Department of Revenue
Po Box 6003                          Po Box 15298                        Bankruptcy Unit
Hagerstown, MD 21747                 Wilmington, DE 19850-5298           Post Office Box 6668
                                                                         Tallahassee FL 32314-6668


Gm Financial                         Internal Revenue Service            Nationstar/Mr. Cooper
Po Box 181145                        Post Office Box 7346                350 Highland Dr
Arlington, TX 76096-1145             Philadelphia PA 19101-7346          Lewisville, TX 75067-4177


Nissan Motor Acceptanc               Orange County Tax Collector         Region/Ams
Po Box 660360                        PO Box 545100                       Po Box 11007
Dallas, TX 75266-0360                Orlando FL 32854-5100               Birmingham, AL 35288-0001


Region/Ams                           Syncb/Carecr                        Syncb/Ccmnmc
Po Box 216                           C/O Po Box 965036                   C/O Po Box 965036
Birmingham, AL 35201-0216            Orlando, FL 32896-0001              Orlando, FL 32896-0001


Syncb/Hdhvac                         Syncb/Jwac                          Syncb/Sounda
C/O Po Box 965036                    C/O P.O. Box 965036                 C/O Po Box 965036
Orlando, FL 32896-0001               Orlando, FL 32896-5036              Orlando, FL 32896-0001


Syncb/Tjx                            Td Bank Usa/Targetcred              Tdaf
Po Box 965015                        Po Box 673                          27777 Franklin Rd
Orlando, FL 32896-5015               Minneapolis, MN 55440-0673          Southfield, MI 48034-2337


Wells Fargo Financial                Wf Crd Svc                          Wf Pll
Po Box 10475                         Po Box 14517                        Po Box 10438
Des Moines, IA 50306-0475            Des Moines, IA 50306-3517           Des Moines, IA 50306-0438
```

| | | |
|---|---|---|
| Marie E. Henkel + | United States Trustee - ORL7/13 + | Matthew R Gross + |
| 3560 South Magnolia Avenue | Office of the United States Trustee | Matthew R Gross, J.D., PA |
| Orlando, FL 32806-6214 | George C Young Federal Building | 1101 Douglas Ave. |
| | 400 West Washington Street, Suite 1100 | Altamonte Springs, FL 32714-2033 |
| | Orlando, FL 32801-2210 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017

Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Syncb/Ashhom | (u)Cynthia C. Jackson + | (u)Note: Entries with a '+' at the end of the |
| | Orlando | name have an email address on file in CMECF |
| | | ---------------------------------------------- |
| | | Note: Entries with a '-' at the end of the |
| | | name have filed a claim in this case |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35